ROBERT B. DELLECESE, as Commissioner of Assessment and Taxation of the City of Utica, et al., Respondents, v. WILLIAM BURKE et al., Constituting the Civil Service Commission of the City of Utica, Appellants.—

Present — Goldman, P. J., Del Vecchio, Witmer and Moule, JJ. [60 Misc 2d 572.]

·THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL SCHWARZ, Appellant, v. VINCENT R. MANCUSI, Warden, Respondent.—

Present — Del Vecchio, J. P., Gabrielli, Moule and Henry, JJ.

FRANK A. GALANTE, an Infant, by ELIZABETH POLLO, His Mother, et al., Appellants, v. THOMAS P. HURLEY, Respondent.—

Present — Del Vecchio, J. P., Gabrielli, Moule and Henry, JJ.

(January 14, 1971)

BETHLEHEM STEEL CORPORATION et al., Petitioners, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.